UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLUMBUS CHRISTOPHER**                                              **CIVIL ACTION**
**WILLIAMS JR.**

**VERSUS**                                                                             **NO. 10-1826**

**HOWARD PRINCE**                                                    **SECTION: "B"(2)**

## ORDER

    The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

    **IT IS ORDERED** that Columbus Christopher Williams Jr.'s petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

    New Orleans, Louisiana, this 5th day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE